[No. 6877–3–III.   Division Three.   February 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MARSHALL, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 84–1–00153–1, James B. Mitchell, J., entered December 10, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7561–0–II.   Division Two.   February 28, 1986.]

*In the Matter of the Marriage of* BERKELEY ANN PORTER, *Appellant, and* ROBERT OWEN PORTER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–3–00671–9, Donald H. Thompson, J., entered January 6, 1984. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[Nos. 15367–6–I; 15371–4–I.   Division One.   March 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CELON TYREE GLYMPH, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 84–1–01400–9, George T. Mattson, J., entered September 11, 1984. *Dismissed* by unpublished per curiam opinion.